JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

NORMAN PARADA,

         Petitioner,

     v.

WARDEN, FCC-LOMPOC LOW II,

         Respondent.

No. 2:24-cv-02718-JAK-BFM

**JUDGMENT**

For the reasons stated in the Order Granting Petition, the Second Amended Petition is granted. This action shall be closed.

DATED: January 15, 2026

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE